SUSAN CHILDS, as Administratrix De Bonis Non, etc., of JOHN H. CHILDS, Late of the County of New York, Deceased, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEWISTON BLEACHERY AND DYE WORKS, Appellant, v. SAMUEL HOROWITZ and Another, Doing Business under the Trade Name and Style of STERLING COTTON MILLS, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MADISON PRODUCTS COMPANY, INC., and Others, Respondents, v. BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that a court of equity will not restrain the enforcement of an ordinance* unless said ordinance be void. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling, J., dissents.

PETE MARCO, Plaintiff, v. GILMOUR RESTAURANT CORPORATION, Appellant. CARSON BALDWIN, Attorney for Plaintiff, Appellant, Respondent.— Order, so far as appealed from, modified by allowing plaintiff's attorney a fee of $140, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GLADLY REALTY CORPORATION v. FLORETTA HOLDING CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied, with leave to respondent to renew motion unless appellant procure record on appeal to be filed within twenty days from service of order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of ESTHER LEVY, Deceased.— Motion to dismiss appeal denied with leave to respondent to renew unless appellant procure record on appeal to be promptly filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of HARRY L. BLISS, etc. (ESTHER LEVY, Deceased).— Motion to dismiss appeal denied, with leave to respondent to renew unless appellant procure record on appeal to be promptly filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of WILLIAM M. HARRIMAN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed within fourteen days from service of order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL K. NEVILLE v. MORRISON COAL AND COKE COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY LOEFFLER and Others v. H. LEO GOULD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 14, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX E. KLINKENSTEIN v. THIRD AVENUE RAILWAY COMPANY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of JOHN HEIM, Deceased. — Motion to dismiss appeal denied, with

---

* See Code of Ordinances of City of New York, chap. 14, art. 18, §§ 196–200; Cosby's Code of Ordinances, 1925, pp. 579, 580.— [REP.